FILED

Kevin Ainsworth
NAME

E-77571
PRISON IDENTIFICATION/BOOKING NO.

P.O. Box 29-0066
ADDRESS OR PLACE OF CONFINEMENT

Represa, Calif. 95671

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2010 SEP -3 AM 11:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

Fee paid

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**KEVIN AINSWORTH**
FULL NAME (Include name under which you were convicted)
Petitioner,

v.

**TIM VIRGA (WARDEN (A)).**
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV10 6602 DDP (JCG)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION Los Angeles
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 1 of 9

CV-69 (04/05)

9/3/2010 11:38:43 AM Receipt #: 145749
Cashier : KPAGE [LA 1-1]
Paid by: L. CHEVALIER FOR KEVIN AINSWORTH
2:CV10-06602
2010-086900 Writ Habeas Corpus(1)
Amount : $5.00

| | |
|---|---|
| M.O. Payment : P8274 / | 5.00 |
| Total Payment : | 5.00 |

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
    a. Place of detention  <u>California State Prison-Sacramento (New Folsom)</u>
    b. Place of conviction and sentence <u>Superior Court of California, L.A. County</u>

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
    a. Nature of offenses involved *(include all counts)*: <u>Possession of Marijuana for Sale; Sale or Transporations of Controlled Substance; Possession for Sale Cocain Base; Ex-felon w/Firearm; Possession of PCP; Armed w/firearm; Prior Convictions</u>
    b. Penal or other code section or sections: <u>11351.5; 11352,11370.2(a) & (b), 11378.5 11359 Health and Safety Code; 667.5, 667(b)-(i), 12022(c) Penal code</u>

    c. Case number: <u>BA 297304-01</u>
    d. Date of conviction: <u>Unknown</u>
    e. Date of sentence: <u>June 15, 2007</u>
    f. Length of sentence on each count: <u>8yrs Count:7 , 1yr.4mo. Count: 2,4,5, and 6, 2yrs. 8mo. Count:3, Enhancements for a Total of 35 yrs.</u>

    g. Plea *(check one)*:
        ☒ Not guilty
        ☐ Guilty
        ☐ Nolo contendere

    h. Kind of trial *(check one)*:
        ☒ Jury
        ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?  ☒ Yes ☐ No
    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
    a. Case number: <u>B200410</u>
    b. Grounds raised *(list each)*:
        (1) <u>Court erred when it denied Self-Representation</u>

(2) Court erred when denied New Trial due to Juror Misconduct
(3) Court abused it's discretion sentencing to Consecutive terms
(4) Court erred by not staying sentence on Marijuana Count
(5) Court should have Stricken Prior Prison Terms
(6) _____

c. Date of decision: April 28, 2009
d. Result: Affirmed in Part and Remanded for Re-Sentencing

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☒ Yes   ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: S173707
b. Grounds raised *(list each)*:
(1) None Equivocation when Request Self-Representation must be granted
(2) Concurrent Sentence Allowed when Multiple Crimes Charged
(3) Court should use same criteria when determining juror misconduct
(4) _____
(5) _____
(6) _____

c. Date of decision: August 12, 2009
d. Result: Denied

5. If you did not appeal:
a. State your reasons: Appeal was Properly Filed

b. Did you seek permission to file a late appeal?   ☐ Yes  ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☒ Yes   ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: Court of Appeal, State of California, 2nd Appellate Dist.
   (2) Case number: B200617
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): July 18, 2007
   (4) Grounds raised (list each):
     (a) I.A.C. Counsel failed to pursue Pro-Per Suppression Motion
     (b) I.A.C. Counsel incompetent due to being medicated
     (c) Properly Obtained Evidence insufficient to Prove Guilt
     (d) Right to Conflict-Free representation was denied
     (e) Prosecutor use of knowingly false evidence violates due process
     (f) I.A.C. counsel on appeal failure to raise claim on appeal
   (5) Date of decision: April 28, 2009
   (6) Result: Denied

   (7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

b. (1) Name of court: Supreme Court of the State of California
   (2) Case number: _____
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
   (4) Grounds raised (list each):
     (a) I.A.C. Counsel failed to pursue Pro-Per Suppression Motion
     (b) I.A.C. Counsel incompetent due to being medicated
     (c) Properly Obtained Evidence insufficient to Prove Guilt
     (d) Right to Conflict-Free representation was denied
     (e) Prosecutor use of knowingly false evidence violates due process
     (f) I.A.C. counsel on appeal failure to riase claim on appeal
   (5) Date of decision: _____
   (6) Result: Denied

   (7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

c. (1) Name of court: N/A
   (2) Case number: N/A
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): N/A
   (4) Grounds raised (list each):
     (a) N/A
     (b) _____

(c) _____ N/A _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: ___ N/A _____
(6) Result ___ N/A _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: COURT COMMITTED REVERSIBLE ERROR WHEN IT DID NOT PERMIT SELF-REPRESENTATION

(1) Supporting FACTS: Prior to start of second trial, petitioner requested the right to self-representation. Petitioner had informed the court that he was ready to proceed, the court denied the request for self-representation violating petitioner's 6th Amendment Right to Self-Representation.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☒ No

b. Ground two: COURT COMMITTED PREJUDICIAL ERROR DENYING NEW TRIAL MOTION BASED ON JUROR MISCONDUCT

(1) Supporting FACTS: During trial the court received a note from the jury forman where a juror alleged that her verdict was forced. The court interviewed the other jurors and found that the juror's verdict was not forced and denied New Trial Motion, violating right to trial before 12 jurors in contravention to the 6th Amendment of the U.S. Constitution

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

c. Ground three: TIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL DENIED WHERE COUNSEL FAILED TO PURSUE PRO-PER FILED MOTION TO SUPPRESS EVIDENCE

(1) Supporting FACTS: Prior to the court appointing counsel to the defense, petitioner proceeding in Pro-Per had filed a suppression motion. Appointed counsel failed to pursue the suppression motion filed by petitioner denying both his 4th and 6th Amendment rights under the United States Constitution.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

d. Ground four: RIGHT TO EVVECTIVE ASSISTANCE OF COUNSEL DENIED WHERE COUNSEL WAS INCOMPETENT DUE TO BEING UNDER INFLUENCE OF MEDICATION.

(1) Supporting FACTS: During trial counsel was under the influence of prescribed medications issued to him following a medical procedure. Counsel was drowsy, and unable to keep pace with the course of the trial where he was off with objections and or late with objections, violating petitioners 6th Amendment Right to effective assistance of counsel

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

e. Ground five: PETITIONER'S CONSTITUTIONAL RIGHT TO DUE PROCESS VIOLATED WHERE PROPERLY OBTAINED EVIDENCE WAS INSUFFICIENT TO PROVE GUILT

(1) Supporting FACTS: During trial the prosecution introduced evidence that was obtained in violation of the 4th Amendment which was offered to prove the charged offenses. Because the evidence was illegally obtained and met none of the exceptions to either the warrant or consent requirement, thus the evidence was insufficient to prove guilt

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

(Additional Grounds included on Attached pg.6A of 10)

f. Ground six: PETITIONER'S CONSTITUTIONAL RIGHT TO REPRESENTATION THATS NOT HAMPERED BY A CONFLICT OF INTEREST WAS VIOLATED
   (1) Supporting FACTS: Prior to the start of the second trial, appointed defense counsel advised the prosecutor of where they erred in the first trail which ended in a hung jury, and told the prosecutor what they needed to do in order to obtain a conviction of petitioner. Counsel's working against the best interest of petitioner violated the 6th Amendment to U.S. Constitution
   (2) Did you raise this claim on direct appeal to the Calif Court of Appeal?  No
   (3) Did you raise this claim in a Petition for Review to Calif.Supreme Ct?  No
   (4) Did you raise this claim in a habeas petition to Calif. Supreme Ct?  Yes

g. Ground seven: PETITIONER'S CONSTITUTIONAL RIGHT TO DUE PROCESS VIOLATED WHERE PROSECUTOR COMMITTED PREJUDICIAL MISCONDUCT
   (1) Supporting FACTS: During trial the prosecutor called as a witness Amy Adams who the prosecutor knew had previously analyzed the fingerpring evidence and had those results of the examination confirmed which established that the fingerprint evidence could not be matched to anyone. The prosecutor despite this fact, called Amy Adams to testify falsely that the fingerprint evidence matched that of petitioner, which the prosecutor knew to be false.
   (2) Did you riase this claim on direct appeal to the Calif Court of Appeal?  No
   (3) Did you raise this claim in a Petition for Review to Calif.Supreme Ct?  No
   (4) Did you raise this claim in a habeas petition to Calif. Supreme Ct?  Yes

h. Ground eight: PETITIONER'S CONSTITUTIONAL RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL ON APPEAL WAS DENIED WHERE COUNSEL FAILED TO RAISE CLAIMS 3-7 ON DIRECT APPEAL
   (1) Supporting FACTS: Petitioner conteacted appointed counsel on appeal and reqeusted that appellate counsel raise claims 307 on direct appeal. Counsel refused to do so and petitioner was forced to submit the claims in a habeas corpus petitoin based on his memory because his appellate counsel would not provide him with a copy of the record on appeal. Thus counsel was ineffective in failing to raise these meritoeous claims on direct appeal
   (2) Did you raise this claim on direct appeal to the Calif Court of Appeal?  No
   (3) Did you riase this claim in a Petition for Review to Calif.Supreme Ct?  No
   (4) Did you raise this claim in a habeas petition to Calif. Supreme Ct?  Yes

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: __All claims have been properly submitted to the California Supreme Court__

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

    ☐ Yes   ☒ No

    If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a.  (1) Name of court: __N/A__
        (2) Case number: __N/A__
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: __N/A__
        (4) Grounds raised *(list each)*:
            (a) __N/A__
            (b) _____
            (c) _____
            (d) _____
            (e) _____
            (f) _____
        (5) Date of decision: __N/A__
        (6) Result __N/A__

        (7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

    b.  (1) Name of court: __N/A__
        (2) Case number: __N/A__
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: __N/A__
        (4) Grounds raised *(list each)*:
            (a) __N/A__
            (b) _____
            (c) _____
            (d) _____
            (e) _____
            (f) _____
        (5) Date of decision: __N/A__
        (6) Result __N/A__

(7) Was an evidentiary hearing held?   ☐ Yes  ☒ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☒ Yes  ☐ No

   If so, give the following information *(and attach a copy of the petition if available)*:

   (1) Name of court: __California Supreme Court__
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
   (a) __I.A.C. Counsel failed to pursue Pro-Per Suppression Motion__
   (b) __I.A.C. Counsel incompetent due to being medicated__
   (c) __Properly Obtained Evidence Insufficient to Prove Guilt__
   (d) __Right to Conflict-Free representation was denied__
   (e) __Prosecutor use of knowingly false evidence violates due process__
   (f) __I.A.C. Counsel on appeal failure to raise claim on appeal__

11. Are you presently represented by counsel?   ☐ Yes  ☒ No

   If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __8-25-10__          __[signature] Kevin Ainsworth__
                 Date                            *Signature of Petitioner*

# PROOF OF SERVICE

(C.C.P. sections 1013(a); 2015.5; 28 U.S.C. section 1746)

I, Kevin Ainsworth, am over the age of eighteen (18) years, and I am a party to the within cause of action.

My address is:

> C.S.P.-Sacramento
> P.O. Box 290066
> Represa, Ca. 95671

On, August 25TH, 2010, I served the following documents:

**REQUEST FOR ENLARGEMENT OF TIME ;
PROOF OF SERVICE**

On the below named individual(s) by depositing true and correct copies thereof in the United States mail in Represa California with postage fully prepaid thereon, addressed as follows:

1. United States District Court
   Central District of California
   312 N. Spring Str. Rm.G-8
   Los Angeles, Calif. 90012
   Attn: Court Clerk

2. Attorney Generals of California
   300 S. Spring Str
   Los Angeles, California 90013

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 25TH day of August, 2010, at C.S.P.-Sacramento in Represa California.

*/s/ Kevin Ainsworth*
Kevin Ainsworth
Petitioner In Pro-Se



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, September 03, 2010

**KEVIN AINSWORTH**
**CDC#E77571**
**P. O. BOX 29-0066**
**REPRESA, CA 95671**

Dear Sir/Madam:

A  X  Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV10- 6602 DDP (JCG)

A  ☐  Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

A  ☐  Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☐ District Court Judge _____
X Magistrate Judge  **Jay C. Gandhi**
at the following address:

| X U.S. District Court<br>312 N. Spring Street<br>Civil Section, Room G-8<br>Los Angeles, CA  90012 | ☐ Ronald Reagan Federal<br>Building and U.S. Courthouse<br>411 West Fourth St., Suite 1053<br>Santa Ana, CA  92701-4516 | ☐ U.S. District Court<br>3470 Twelfth Street<br>Room 134<br>Riverside, CA 92501 |

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By:  CSAWYER
Deputy Clerk

CV-17 (06/09)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**